# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Statesboro Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR605-00008-001 |
| Kerry Lipsy ) | |
| ) | USM No: 12247-021 |
| Date of Previous Judgment: December 7, 2005 ) | Jacque Hawk |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

2008 JUL -9 AM 11: 22

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   [X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     29                  Amended Offense Level:    27
Criminal History Category:  IV                  Criminal History Category: IV
Previous Guideline Range:   121 to 151 months   Amended Guideline Range:  120 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
For the same reasons cited at the defendant's original sentencing, the Court will not reduce the defendant's sentence. After carefully considering the factors identified at 18 U.S.C. § 3553(a), the Court believes a sentence of 160 months is appropriate in this case.

Except as provided above, all provisions of the judgment dated December 7, 2005, shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     7-9-2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                         Printed name and title